Case No. 22-4054

# United States Court of Appeals for the Tenth Circuit

CBV, Inc.

*Plaintiff and Appellant,*

v.

Corsicana-Mattress Company, et al.

*Defendant and Appellant.*

---

From The United States District Court,
District of Utah,
Case No. 1:20-cv-00144-DBB,
Hon. David B. Barlow

---

**MOTION TO WITHDRAW TROY S. TESSEM AS COUNSEL**

---

**LARSON LLP**
Stephen G. Larson
*slarson@larsonllp.com*
Paul A. Rigali
*prigali@larsonllp.com*
Jeremy T. Varon
*jvaron@larsonllp.com*
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:   (213) 436-4888
Facsimile:   (213) 623-2000

*Attorneys for Plaintiff-Appellant, CVB, Inc.*

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OR RECORD:

PLEASE TAKE NOTICE that, as of January 24, 2023, Troy S. Tessem will no longer be associated with Larson LLP, and will no longer be counsel for Plaintiff-Appellant, CVB, Inc. in the above-captioned matter.  Larson LLP remains counsel of record for Plaintiff-Appellant in this case, and service may continue to be made upon the remaining attorneys appearing in this case from that firm.

Dated:  January 23, 2023          LARSON LLP


                                  By:    */s/ Troy S. Tessem*
                                         Troy S. Tessem

                                  Attorneys for Plaintiff-Appellant, CVB, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF.

Dated:  January 23, 2023                  LARSON LLP


                                          By:   */s/ Troy S. Tessem*
                                                Troy S. Tessem